UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:14-cr-00124-001-CLC-SKL |
| v. ) | |
| ) | |
| DEOUNTRAY DICKEY ) | |

## MEMORANDUM AND ORDER

DEOUNTRAY DICKEY ("Defendant") came before the Court for an initial appearance on October 6, 2022, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision [Doc. 37] ("the Petition").

After being sworn in due form of law, Defendant was informed of his privilege against self-incrimination under the 5th Amendment and his right to counsel under the 6th Amendment to the United States Constitution.

The Court determined Defendant wished to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Consequently, the Court **APPOINTED** attorney Damon Burk of Federal Defender Services of Eastern Tennessee, Inc., to represent Defendant.

Defendant was furnished with a copy of the Petition, and had an opportunity to review those documents with his attorney. The Court determined that Defendant was able to read and understand the Petition with the assistance of his counsel. In addition, AUSA Steve Neff explained to Defendant the specific charges contained in the Petition. Defendant acknowledged he understood the charges in the Petition.

The Court explained Defendant's right to a preliminary hearing. Defendant waived the preliminary hearing. Relying upon the U.S. Probation Officer's recommendation, the Government did not move for Defendant to be detained pending disposition of the Petition. The Court concurred with the U.S. Probation Officer's recommendation and released Defendant on bond subject to an Order Setting Conditions of Release [Doc. 45].

It is, therefore, **ORDERED** that:

1. Defendant shall remain **OUT OF CUSTODY** subject to the Court's Order Setting Conditions of Release [Doc. 45] pending the revocation hearing before United States District Judge Curtis L. Collier.

2. Unless revised by further order of the Court, Defendant shall appear in Court for the revocation hearing before United States District Judge Curtis L. Collier on

**Wednesday, November 30, 2022, at 2:00 p.m.**

**ENTER.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE